United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **OLLIE JEWEL WILLIAMS,** | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Case No. 4:22-CV-04456 |
| **WAL-MART STORES TEXAS, LLC,** | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On July 19, 2023, the Court set a hearing on a discovery dispute. Plaintiff's attorney failed to appear. Plaintiff's attorney had also been instructed by the Court to file a response to the letter initiating the discovery dispute, which they failed to do. The Court set a show cause hearing on August 11, 2023 at 2:30 p.m. in Courtroom 8B so that the Plaintiff could demonstrate why this case should not be dismissed for failure to prosecute. (Dkt. No. 13). The Court warned: "If Plaintiff's attorney fails to appear, the Court will dismiss this case." (*Id.*). Plaintiff failed to appear. At the hearing, Defendant's counsel stated that Plaintiff's counsel said previously that they intended to dismiss this action.

The Court has the authority to dismiss a case for want of prosecution and failure to comply with its orders. Fed. R. Civ. P. 41(b) (providing for dismissal of an action "[i]f the plaintiff fails to prosecute or [ ] comply with [the Federal Rules of Civil Procedure] or a court order"). The Court finds that Plaintiff has failed to prosecute this case and has

failed to comply with orders of this Court. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

It is SO ORDERED.

Signed on August 11, 2023.

                                        **DREW B. TIPTON**
                              **UNITED STATES DISTRICT JUDGE**